# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **KENNETH NEIHOFF** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **KROGER LIMITED PARTNERSHIP I** | **CASE NO: 12-1014-A** |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED  that in accordance with the Stipulation Of Dismissal entered on March 22, 2013, this cause is hereby dismissed with prejudice.**

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 6/24/2013

                                              THOMAS M. GOULD
                                              Clerk of Court

                                              s/Terry L. Haley
                                          (By)   Deputy Clerk